Description of case and counsel as in case next before.

---

### 14174.  BANK OF LAFAYETTE *v.* PHIPPS *et al.*

BLOODWORTH, J. 1. " The failure to charge in the precise language re quested is not cause for a new trial, where it appears that the principle involved was sufficiently covered by the general instructions given. *Gramling* v. *Pool,* 111 *Ga.* 93 (36 S. E. 430) ; *Wheatley* v. *West,* 61 *Ga.* 402 (4) ; *Parker* v. *Georgia Pacific Railway Co.,* 83 *Ga.* 539 (5) (10 S. E. 233) ; *Millen Railroad Co.* v. *Allen,* 130 *Ga.* 656 (4) (61 S. E. 541) ; *Atlantic Coast Line Railroad Co.* v. *Odum,* 5 *Ga. App.* 780 (2) (63 S. E. 1126)." *Cosby* v. *Reid,* 21 *Ga. App.* 604 (2) (94 S. E. 824). Under the principle announced in the foregoing cases the refusal of the judge to give the requested instructions in this case does not require the grant of a new trial.

2. The evidence, though conflicting, is sufficient to authorize the verdict, and the court did not err in refusing a new trial.
                *Judgment affirmed.* *Broyles, C. J., and Luke, J., concur.*
                    DECIDED OCTOBER 3, 1923.

Complaint from Walker superior court — Judge Wright. December 1, 1922.

*G. E. Maddox, Norman Shattuck,* for plaintiff.

*Rosser & Shaw,* for defendants.